UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFF MIRABILE, et al.,

    Plaintiffs,

v.

TOWNSHIP OF LIVINGSTON, et al.,

    Defendants.

Civ. No. 10-3213 (DRD)

**O R D E R**

The Court finds as follows:

1. On January 5, 2012 United States Magistrate Judge Michael A. Shipp filed a detailed Report and Recommendation in which he found that Plaintiff, The Association of Current and Retired Livingston Auxiliary Police Officers, Inc. (the "Association") and Plaintiffs Tony Mong, Robin Drylie, and Ed Meyer (collectively, "Plaintiffs") during an extended period of time have failed to comply with a number of Court Orders, have failed to prosecute the case and failed to appear in response to an Order to Show Cause why the United States Magistrate Judge should not recommend that the District Court dismiss the Association and said Plaintiffs from the present matter.

2. More than fourteen days have elapsed and no objections to the Report and Recommendation have been filed by the Association or said Plaintiffs.

3. The Court has reviewed the record in the case and the Report and Recommendation and approves the Report and Recommendation in all respects.

It is, therefore, this 31st day of January 2012 **ORDERED** as follows:

1. The Court adopts the Report and Recommendation filed January 5, 2012.

2. The Association and the Plaintiffs are dismissed from the case.

                                                 DICKINSON R. DEBEVOISE
                                                 U.S.S.D.J.